UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-56-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ABDULADHIM AHMED AL SABAHI | ) | |

This matter coming to be heard upon Motion of the Government, and this Court finding good cause for granting the relief requested:

THEREFORE, it is Ordered that the Government's Motion to Continue Trial filed November 14, 2011 is hereby allowed to be filed under seal until such time as Ordered unsealed by this court. The clerk is authorized to serve a copy of the filed Motion to Continue upon Counsel for the Government.

This __14__ day of November, 2011.

HONORABLE JAMES C. DEVER, III
Chief United States District Court Judge